29 A.3d 737

IN THE MATTER OF KEITH O. MOSES, AN ATTORNEY AT LAW (ATTORNEY NO. 045121990).

November 3, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–086, concluding that **KEITH O. MOSES** of **JERSEY CITY,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.3 (lack of diligence); *RPC* 1.4(b) (failure to communicate with client); *RPC* 1.4(c) (failure to explain matter to the extent necessary for client to make informed decisions); and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **KEITH O. MOSES** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.